# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **IN RE: Melvin Harris** ) | |
| ) | **Case No:** 16 B 15432 |
| ) | **Judge:** Goldgar |
| ) | **Chapter** 13 |
| **Debtor** ) | |

## NOTICE OF MOTION

**Served upon the following parties electronically:**
**Office of United States Trustee**, Dirksen Federal Building, 219 S. Dearborn, St., Room 873, Chicago, IL 60604
**Trustee:** Marilyn O. Marshall, 224 S Michigan, Ste. 800, Chicago, IL 60604
**and served upon the following parties via U.S. Mail:**
**Debtor**: Melvin Harris, 452 S. Blackstone Ave, Glenwood, IL 60425
**See Attached Service List**

PLEASE TAKE NOTICE that on June 11, 2019 at 9:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Goldgar, or any other Bankruptcy Judge presiding in his place in Courtroom 642 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, on the attached Motion to Modify Plan, and shall request that the attached Order be entered, at which time you may appear if so desired.

## PROOF OF SERVICE

I, The undersigned, an attorney, hereby certify that a copy of this notice was served electronically or mailed to the above persons, at her respective addresses, postage prepaid, by depositing in the U.S. Mail at 211 W. Wacker Dr., Chicago, IL 60606, before 6:00 p.m. on or before May 17, 2019.

_____/s/ Angelica Harb_____
Angelica Harb
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606
312-273-5001

```
Label Matrix for local noticing        U.S. Bankruptcy Court              74th St Fcu
0752-1                                 Eastern Division                   3324 W 9th Street
Case 16-15432                          219 S Dearborn                     Evergreen Park, IL 60805
Northern District of Illinois          7th Floor
Eastern Division                       Chicago, IL 60604-1702
Fri May 17 14:19:06 CDT 2019

AT&T Mobility II LLC                   Achieve Orthopedic Rehab           Alliance One
%AT&T SERVICES INC.                    PO Box 228                         PO Box 3111
KAREN A. CAVAGNARO  PARALEGAL          Willow Springs, IL 60480-0228      Southeastern, PA 19398-3111
ONE AT&T WAY, SUITE 3A104
BEDMINSTER, NJ 07921-2693

AmeriCredit/GM Financial               American InfoSource LP as agent for   Apelles
Po Box 183583                          DIRECTV, LLC                          3700 Corporate Dr., Ste. 240
Arlington, TX 76096-3583               PO Box 5008                           Columbus, OH 43231-5001
                                       Carol Stream, IL  60197-5008

Ashley Funding Services, LLC its successors   Capital One                 Capital One
assigns as assignee of Laboratory             Capital One Retail          Po Box 30285
Corporation of America Holdings               Po Box 30253                Salt Lake City, UT 84130-0285
Resurgent Capital Services                    Salt Lake City, UT 84130-0253
PO Box 10587
Greenville, SC 29603-0587

Capital One Bank (USA), N.A.           City of Chicago Department of Finance   City of Chicago Parking
PO Box 71083                           c/o/ Arnold Scott Harris P.C.           Dept of Revenue
Charlotte, NC  28272-1083              111 W. Jackson Ste. 600                 PO Box 88292
                                       Chicago, IL 60604-3517                  Chicago, IL 60680-1292

Credence Resource                      Credit Collection Services         Dermatology Associates LTD
PO Box 2390                            Two Wells Ave.                     18425 West Creek Drive
Southgate, MI 48195-4390               Newton Center, MA 02459-3246       Ste. F
                                                                          Tinley Park, IL 60477-6768

Diversified Consultants                Dr. Ritesh Darji                   EMP of Cook County
PO BOx 1391                            1 Ingalls Drive                    PO Box 14000
Southgate, MI 48195-0391               Harvey, IL 60426-3558              Belfast, ME 04915-4033

Equity Trust Company                   Equity Trust Company               Fingerhut
Custodian FBO Account ******0 IRA      Custodian FBO Account ******9 IRA  6250 Ridgewood Rd
PO Box 16354                           PO Box 16354                       St Cloud, MN 56303-0820
Rochester, NY 14616-0354               Rochester, NY 14616-0354

First National Credit Card/Legacy      First Premier Bank                 Franciscan Alliance
First National Credit Card             3820 N Louise Ave                  28044 Network Place
Po Box 5097                            Sioux Falls, SD 57107-0145         Chicago, IL 60673-1280
Sioux Falls, SD 57117-5097

Harris & Harris                        IRS                                Illinois Collection Se
111 West Jackson Blvd., Ste. 400       Special Procedures - Insolvency    8231 185th St Ste 100
Chicago, IL 60604-4135                 PO Box 7346                        Tinley Park, IL 60487-9356
                                       Philadelphia, PA 19101-7346
```

| | | |
|---|---|---|
| Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0291 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY DEPARTMENT<br>P O BOX 64338<br>CHICAGO IL 60664-0338 | Illinois Department of Revenue Bankruptcy Se<br>PO Box 19035<br>Springfield, IL 62794-9035 |
| Illinois Tollway<br>2700 Ogden Ave<br>Downers Grove, IL 60515-1703 | JB Jenkins & Associates<br>1253 Paysphere Circle<br>Chicago, IL 60674-0012 | LCA Collections<br>1501 N Central Ave<br>Chicago, IL 60651-1260 |
| LTD Financial Services<br>7322 Southwest Freeway<br>Suite 1600<br>Houston, TX 77074-2134 | MCSI -Municipal Collection Services, Inc<br>7330 College Dr<br>Suite 108<br>Palo Heights, IL 60463-1186 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Mb Financial Bank<br>Mb Financial Bank/Attn Bankruptcy<br>6111 N River Rd 9th Floor<br>Rosemont, IL 60018-5111 | Medical Recovery Specialists, Inc.<br>2200 E Devon Ave<br>Ste 288<br>Des Plaines, IL 60018-4501 | Merrick Bank/Geico Card<br>Po Box 23356<br>Pittsburg, PA 15222-6356 |
| Nationwide Cassel LLC<br>10255 W. Higgins Road Suite 300<br>Rosemont, IL 60018-5620 | Nationwide Cassel LLC<br>3435 N Cicero Ave.<br>Chicago, IL 60641-3719 | Northshore<br>23056 Network Place<br>Chicago, IL 60673-1230 |
| Northwestern Medical<br>26609 Network Place<br>Chicago, IL 60673-1266 | Northwestern Medical Group<br>26609 Network Place<br>Chicago, IL 60673-1266 | Northwestern Medicine<br>28155 Network Place<br>Chicago, IL 60673-1281 |
| Northwestern Medicine<br>675 N Saint Clair, Ste. 20-100<br>Chicago, IL 60611-5970 | Northwestern Memorial Hospital<br>28155 Network Place<br>Chicago, IL 60673-1281 | Phillip Cohen<br>1002 Justison St.<br>Wilmington, DE 19801-5148 |
| (p)PINNACLE MANAGEMENT SERVICES<br>830 ROUNDABOUT<br>SUITE B<br>WEST DUNDEE IL 60118-2116 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC assign<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 |
| Radiology Imaging Consultants<br>9413 Eagle Way<br>Chicago, IL 60678-0094 | Receivables Performance Mgmt<br>Attn: Bankruptcy<br>Po Box 1548<br>Lynnwood, WA 98046-1548 | Sobel Medical Associates LTD<br>PO Box 809348<br>Chicago, IL 60680-9348 |
| South Shop Federal Credit Union<br>3811 127th St<br>Alsip, IL 60803 | State of Illinois<br>c/o Lineberger Goggan Blair<br>PO Box 06140<br>Chicago, IL 60606-0140 | Sunrise Credit Service<br>260 Airport Plaza<br>Farmingdale, NY 11735-4021 |

```
Synter Resource Group              Transworld                         Uro Partners
5935 Rivers Ave., Ste. 102         PO Box 15618                       3183 Paysphere Circle
Charleston, SC 29406-6071          Wilmington, DE 19850-5618          Chicago, IL 60674-0031


Van Ru Credit Corporation          Victoria Brander                   Wells Fargo Bank, N.A.
1350 E Touhy Ave                   680 N Lake Shore Dr # 924          attn. Bankruptcy Dept
Suite 100E                         Chicago, IL 60611-8701             MAC#D3347-014
Des Plaines, IL 60018-3337                                            3476 Stateview Blvd
                                                                      Fort Mill, SC 29715-7203


Wells Fargo Home Mortgage          Jason Blust                        Marilyn O Marshall
Written Correspondence Resolutions Law Office of Jason Blust, LLC     224 South Michigan Ste 800
Mac#X2302-04e Po Box 10335         211 W. Wacker Drive                Chicago, IL 60604-2503
Des Moines, IA 50306-0335          Ste. 300
                                   Chicago, IL 60606-1390


Melvin J Harris                    Patrick S Layng
452 S Blackstone Ave               Office of the U.S. Trustee, Region 11
Glenwood, IL 60425-2040            219 S Dearborn St
                                   Room 873
                                   Chicago, IL 60604-2027
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Illinois Department of Revenue     Pinnacle management Services       Portfolio Recovery
PO Box 19043                       830 Roundabout, Ste. B             Attn: Bankruptcy
Springfield, IL 62794              Dundee, IL 60118                   Po Box 41067
                                                                      Norfolk, VA 23541


(d)Portfolio Recovery Associates   (d)Portfolio Recovery Associates, LLC
Riverside Commerce Center          Successor to
120 Corporate Blvd Ste             CAPITAL ONE BANK (USA), N.A.
Norfolk, VA 23502                  POB 41067
                                   Norfolk, VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)WELLS FARGO BANK, NA            (u)Wells Fargo Bank, N.A.          End of Label Matrix
                                                                      Mailable recipients    70
                                                                      Bypassed recipients     2
                                                                      Total                  72
```

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: Melvin Harris** ) | |
| ) | **Case No: 16 B 15432** |
| ) | **Judge:    Goldgar** |
| ) | **Chapter  13** |
| **Debtor** ) | |

## MOTION TO MODIFY PLAN

Now comes Melvin Harris (hereinafter referred to as "Debtor"), by and through his attorneys, and moves this Honorable Court for entry of an Order Modifying Plan, pursuant to section 1329 of the bankruptcy code, and in support thereof, respectfully represents as follows:

1. On May 5, 2016, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. This Honorable Court confirmed the Debtor's Chapter 13 plan on August 9, 2016. The confirmed plan called for payments of $650.00 for 1 month, and $535.00 for 59 months paying unsecured creditors 50% on their claims.

3. The Debtor fell behind on plan payments because he injured his knee at work. Debtor is receiving significantly less income now from worker's compensation. As a result, a default accrued. Debtor is struggling to keep up with the plan payments and his regular household expenses. Debtor's disposable income is now $115.00. (Please see Exhibit A for Debtor's I and J schedules.) Debtor's doctor provided a letter stating that Debtor would not be able to return to work until November 2019. Debtor's counsel will tender the doctor's note to Trustee's Office.

4. Debtor respectfully requests that his payments from July 2019 to November 2019 are decreased to $115.00 per month. Additionally, he requests that the payments are modified back to $535.00 starting December 2019 when he returns to work.

5. Debtor requests the current default is deferred to the end of his Chapter 13 plan.

6. If the Debtor's default is deferred and the payment is decreased to $115.00 per month until November 2019, the unsecured creditors will still receive 50% on their claims, and the plan will complete within 60 months.

**WHEREFORE**, Debtor prays that this Honorable Court enter an Order for the following relief:

1. Deferring his current plan payment default; and
2. Decreasing his plan payment to $115.00 per month from July to November 2019;
3. For such other relief as this Court deems proper under the circumstances.

Respectfully submitted,

_____/s/ Angelica Harb
Angelica Harb
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606
312-273-5001